FILED - USDC - NDTX - SA
APR 13 '26 03:28 ve

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SUKHDEV SINGH,

    Petitioner,

v.                                                                No. 6:26-CV-145-H

ROBERT CERNA, et al.,

    Respondents.

## ORDER TO SHOW GROUNDS FOR ADMISSION

The Court is advised by the Clerk of Court that Dalbir Singh, whose name appears

on a pleading in this case, is not a member of the Bar of the Northern District of Texas.

Accordingly, within 14 days of the date of this Order, Counsel shall either (1) provide

satisfactory documentation of Bar membership to the Court and Clerk of Court or (2) apply

for membership in the Bar of this Court or for admission pro hac vice for this case.

So ordered on April 13 , 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE